[No. 2659–2. Division Two. February 9, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY DREW STOCKER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2822, Terence Hanley, J., entered Novem–

ber 11, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.